SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
GREG S. LABATE, Cal. Bar No. 149918
ERIC T. ANGEL, Cal. Bar No. 293157
glabate@sheppardmullin.com
eangel@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

JOSE GARAY, APLC
JOSE R. GARAY, Cal. Bar No. 200494
jose@garaylaw.com
249 E. Ocean Blvd., #814
Long Beach, CA 90802
Telephone: 949.208.3400

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZULEMA CASTANEDA, individually, and on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARRIOTT INTERNATIONAL, INC. and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 8:25−cv−01077−DOC−DFM<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Judge:　　David O. Carter<br>Courtroom:　10A<br>Trial Date:　Not Set |

-1-

Plaintiff Zulema Castaneda ("Plaintiff") and Defendant Marriott International, Inc. ("Defendant") (together, the "Parties"), by and through their counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) as follows:

WHEREAS, on or about April 4, 2025, Plaintiff filed a Complaint against Defendant in the Superior Court of the State of California, County of Orange, Case No. 30-2025-01473332-CU-OE-CXC, alleging the following causes of action on both and individual and class-wide basis: (1) failure to pay all wages, minimum, overtime, double time, commission wages; (2) failure to provide meal periods; (3) failure to provide rest periods; (4) failure to provide accurate itemized wage statements; (5) failure to pay earned wages; (6) failure to reimburse necessary business expenses; (7) unfair business practices; and (8) enforcement of the Private Attorneys General Act of 2004 ("PAGA") (the "Action").

WHEREAS, on May 16, 2025, Defendant timely removed this Action to the United States District Court for the Central District of California.

WHEREAS, the Parties have reached a resolution and settlement of Plaintiff's individual claims brought by Plaintiff against Defendant in return for Plaintiff to dismiss her Class Action and PAGA claims without prejudice, and have entered into an agreement to resolve the lawsuit.

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** by and between the Parties, through their counsel of record, that Plaintiff's individual claims against Defendant are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Plaintiff's Class Action and PAGA claims are dismissed without prejudice, and that each party will bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: July 18, 2025

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By     */s/ Greg S. Labate*
                           GREG S. LABATE
                           ERIC T. ANGEL
                      Attorneys For Defendant
              MARRIOTT INTERNATIONAL, INC.

Dated: July 18, 2025

                         JOSE GARAY, APLC

                By     */s/ Jose R. Garay*
                           JOSE R. GARAY
                      Attorney For Plaintiff
                     ZULEMA CASTANEDA

## **ATTESTATION**

I, Eric T. Angel, hereby attest, in accordance with Local Rule 5-4.3.4(a)(2)(i), that all other signatories listed and on whose behalf this filing is submitted, concur in the filings content and have authorized the filing.

Dated: July 18, 2025

            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

              By     */s/ Eric T. Angel*
                         ERIC T. ANGEL

SMRH:4934-1778-9014.1                  STIPULATION TO DISMISS