JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZULEMA CASTANEDA, individually, and on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>MARRIOTT INTERNATIONAL, INC. and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 8:25−cv−01077−DOC−DFM<br><br>**ORDER OF DISMISSAL**<br><br>Judge:      David O. Carter<br>Courtroom:  10A<br>Trial Date: Not Set |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT PLAINTIFF'S INDIVIDUAL CLAIMS BE DISMISSED WITH PREJUDICE and PLAINTIFF'S CLASS ACTION AND PAGA CLAIMS BE DISMISSED WITHOUT PREJUDICE and that each party will bear her or its own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: July 21, 2025

_David O. Carter_
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE